IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:24cv61442-SMITH

| | |
|---|---|
| **Courtney Morgan, M.D.**, *Plaintiff,* v. **Walgreen Co.**, *Defendant.* | § § § § § § § / |

## NOTICE OF APPEAL

**NOTICE** is hereby given that Plaintiff, **COURTNEY MORGAN, M.D.**, appeals to the United States Court of Appeals for the Eleventh Circuit this District Court's **ORDER GRANTING MOTION TO DISMISS** [DE 69] entered on the docket on February 20, 2025, and **ORDER DENYING MOTION FOR RECONSIDERATION** [DE 73], signed by the Court and entered on the docket on May 5, 2025.

**Dated: June 3, 2025**

    Respectfully submitted by,

    /s/*Erica F. Chaplin*
    Erica F. Chaplin, Esq.
    FLBN: 0048023
    Anderson & Welch, LLC
    500 S. Australian Avenue, 6th Flr.
    West Palm Beach, FL 33401
    Tel: 561-832-3386
    Fax: 561-820-4867
    Email: chaplinlaw@gmail.com
    Email: andewelch@andersonandwelch.com
    *Attorney for Plaintiff, Courtney R. Morgan, M.D.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via CM/ECF upon counsel on the incorporated service list on this **3rd** day of **June, 2025.**

Respectfully submitted,
/s/*Erica F. Chaplin*
Erica F. Chaplin, Esq.
FLBN: 0048023
Anderson & Welch, LLC
500 S. Australian Avenue, 6th Flr
West Palm Beach, FL 33401
Tel: 561-832-3386; Fax: 561-820-4867
Email: chaplinlaw@gmail.com
Email: andewelch@andersonandwelch.com
*Attorney for Plaintiff, Courtney R. Morgan, M.D*

## SERVICE LIST
*Courtney Morgan, M.D. v. Walgreen Co.*
**CASE NO. 0:24-61442-CIV-SMITH**
United States District Court, Southern District of Florida

| | |
|---|---|
| Erica F. Chaplin, Esq. | Kevin R. Anderson, Esq. |
| FLBN: 0048023 | FLBN: 0044857 |
| Anderson & Welch, LLC | Anderson & Welch, LLC |
| 500 S. Australian Avenue, 6th Flr | 500 S. Australian Avenue, 6th Flr |
| West Palm Beach, FL 33401 | West Palm Beach, FL 33401 |
| Tel: 561-832-3386 | Tel: 561-832-3386 |
| Fax: 561-820-4867 | Fax: 561-820-4867 |
| Email: chaplinlaw@gmail.com | Email: Kan@andersonandwelch.com |
| andewelch@andersonandwelch.com | Andewelch@andersonandwelch.com |
| *Attorney for Plaintiff,* | *Attorney for Plaintiff,* |
| *Courtney R. Morgan, M.D.* | *Courtney R. Morgan, M.D.* |
| | |
| David Michael Tarlow, Esq. | Elliot Burt Kula, Esq. |
| FLBN: 893684 | FLBN: 3794 |
| Quintairos, Prieto, Wood & Boyer, P.A. | Kula & Associates, P.A. |
| One East Broward Blvd. | 11900 Biscayne Blvd. |
| Suite 1400 | Suite 310 |
| Ft. Lauderdale, FL 33301 | Miami, FL 33181 |
| Tel: 954-523-7008 | Tel: 305-354-3858 |
| Fax: 954-523-7009 | Fax: 305-354-3822 |
| Email: dtarlow@qpwblaw.com | Email: elliot@kulalegal.com |
| *Attorney for Defendant, Walgreens* | *Attorney for Defendant, Walgreens* |